Richard A. Hoyer (SBN 151931)
David C. Lipps (SBN 269933)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA  94108
*tel* (415) 956-1360
*fax* (415) 276-1738
rhoyer@hoyerlaw.com
dlipps@hoyerlaw.com

Attorneys for Plaintiff
AARON PALM


GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT (SBN 191993)
MMaryott@gibsondunn.com
DEIRDRE P. LANNING (SBN 260247)
DLanning@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Defendant
SUR LA TABLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PALM, on behalf of himself and all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>SUR LA TABLE, INC., a Corporation, and DOES 1–25<br><br>           Defendants, | Case No. 12-cv-01250-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION AND PRE-TRIAL DEADLINES** |

**STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CLASS CERTIFICATION AND PRE-TRIAL DEADLINES** 1

1. WHEREAS the parties agreed to, and the Court subsequently ordered that, the parties participate in mediation.

2. WHEREAS the initial mediation deadline was December 5, 2012, but the parties agreed to postpone the mediation to January 15, 2013.

3. WHEREAS the parties have agreed to again briefly postpone the mediation to allow time for further discovery that the parties anticipate will facilitate a more productive mediation.

4. WHEREAS the mediation has been rescheduled for March 15, 2013.

5. WHEREAS in the event the case is not resolved at mediation, the parties will need more time after the mediation to complete discovery on the individual claims and for class certification.

6. WHEREAS, Defendant has advised Plaintiff that it will not agree to a further postponement of the mediation.

7. THE PARTIES THUS STIPULATE AND JOINTLY REQUEST THAT the following discovery and motion deadlines set forth in the Court's Case Management and Pre-Trial Order be postponed as follows:

- **Class Certification Claims**
    - Plaintiff's class certification expert disclosure deadline:  May 10, 2013;
    - Defendant's class certification expert disclosure deadline: June 7, 2013;
    - Deadline for all expert disclosures in connection with class certification required by Federal Rules of Civil Procedure: July 12, 2013;
    - Class certification non-expert discovery cut-off: July 12, 2013;
    - Deadline to exchange rebuttal expert reports for class certification:

1          August 14, 2013;
2     o    Class certification expert discovery cut-off: September 6, 2013;
3     o    Class certification motion filing deadline: September 27, 2013;
4     o    Class certification motion opposition filing deadline: November 8, 2013;
5     o    Class certification motion reply filing deadline: December 6, 2013;
6     o    Class certification motion hearing: ~~January ____, 2013, at~~
7          _____, date and time to be determined by the Court.
8  •  **Individual Claims**
9     o    Plaintiff's expert disclosure deadline: April 19, 2013;
10    o    Defendant's expert disclosure deadline: May 17, 2013;
11    o    Deadline for exchange of expert reports: June 14, 2013;
12    o    Non-expert discovery cut-off:  August 9, 2013;
13    o    Deadline for all expert disclosures required by Federal Rules of Civil
14         Procedure: July 15, 2013;
15    o    Deadline to exchange rebuttal expert reports: August 16, 2013;
16    o    Expert discovery cut-off:  September 13, 2013.

17  All other dates remain unchanged - JCS.

18  Date:  January 11, 2013                                HOYER & ASSOCIATES

19
20                                                         _____
                                                           David C. Lipps
21                                                         Attorney for Plaintiff
                                                           AARON PALM

22  / / /
23  / / /
24  / / /

**STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CLASS CERTIFICATION AND PRE-TRIAL DEADLINES**                    3

1  Date: January 11, 2013                    GIBSON, DUNN & CRUTCHER LLP

                                                           /s/
                                             Michele L. Maryott
                                             Deirdre P. Lanning
                                             Attorneys for Defendant
                                             SUR LA TABLE, INC.

8  Date: 1/15/13                             IT IS SO ORDERED.

                                             Joseph C. Spero
                                             United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER TO**
**CONTINUE CLASS CERTIFICATION AND PRE-TRIAL DEADLINES**                    4