UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON PALM,                                          Case No.  3:12-cv-1250 JCS

            Plaintiff(s),

                                                     **ORDER CONTINUING CASE**
      v.                                             **MANAGEMENT CONFERENCE AND**
                                                     **TO FILE MOTION FOR PRELIMINARY**
SUR LA TABLE INC,                                    **APPROVAL**

            Defendant(s).
_____/

      IT IS HEREBY ORDERED that the Motion for Preliminary Approval shall be filed before

the next case management conference.  The case management conference, previously set for

March 22, 2013, at 1:30 PM, has been continued to **May 3, 2013, at 1:30 PM.** An updated joint case

management conference statement shall be due by April 26, 2013.

      IT IS SO ORDERED.

Dated:  March 19, 2013

                                          _____
                                          JOSEPH C. SPERO
                                          United States Magistrate Judge

**United States District Court**
For the Northern District of California