**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PALM, | Case No. 3:12-cv-1250 JCS |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND TO FILE MOTION FOR PRELIMINARY APPROVAL** |
| SUR LA TABLE INC, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Motion for Preliminary Approval shall be filed before the next case management conference. The case management conference, previously set for March 22, 2013, at 1:30 PM, has been continued to **May 3, 2013, at 1:30 PM.** An updated joint case management conference statement shall be due by April 26, 2013.

IT IS SO ORDERED.

Dated: March 19, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge