Richard A. Hoyer (SBN 151931)
David C. Lipps (SBN 269933)
HOYER & ASSOCIATES
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738
rhoyer@hoyerlaw.com
dlipps@hoyerlaw.com

Attorneys for Plaintiff
AARON PALM


GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT (SBN 191993)
MMaryott@gibsondunn.com
DEIRDRE P. LANNING (SBN 260247)
DLanning@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Defendant
SUR LA TABLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PALM, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>SUR LA TABLE, INC., a Corporation, and DOES 1–25<br><br>                    Defendants, | Case No. 12-cv-01250-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE A PRELIMINARY APPROVAL MOTION AND CONTINUING THE UPCOMING CASE MANAGEMENT CONFERENCE** |

**STIPULATION AND [PROPOSED] ORDER**

1

1. WHEREAS the parties reached a settlement in this action at mediation on March 7, 2013.

2. WHEREAS the parties have been working diligently to complete the settlement agreement, but some of the detailed provisions have required further negotiation.

3. WHEREAS the parties are actively engaged in these negotiations and are hopeful that they can finalize the written settlement agreement within the next few weeks.

4. WHEREAS the Court ordered Plaintiff to file a motion for preliminary approval of the settlement agreement before the next case management conference, which is scheduled for May 10, 2013.

5. WHEREAS Plaintiff has begun drafting the motion for preliminary approval. However, since the settlement agreement has not yet been finalized, the motion will not be ready for filing by the deadline.

6. THEREFORE, THE PARTIES HEREBY STIPULATE that the upcoming CMC and the motion for preliminary approval filing deadline be postponed 30 days to give the parties sufficient time to complete the further negotiations, finalize the written settlement agreement and complete the motion for preliminary approval.

Date: April 30, 2013

HOYER & ASSOCIATES

_____
David C. Lipps
Attorney for Plaintiff
AARON PALM

**STIPULATION AND [PROPOSED] ORDER**

2

1 | Date: April 30 2013  GIBSON, DUNN & CRUTCHER LLP

/s/
Michele L. Maryott
Deirdre P. Lanning
Attorneys for Defendant
SUR LA TABLE, INC.

Date: 5/2/13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Case Management Conference continued to June 21, 2013, at 1:30 PM.

Hon. Joseph C. Spero
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

**STIPULATION AND [PROPOSED] ORDER**

3